UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC,

    Plaintiffs,

v.

MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, AND MAERSK LINE INDIA PVT LTD.,

    Defendants.

_____/

Case No.: 1:19-cv-11373

## COMPLAINT

**COMES NOW**, Plaintiffs, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned attorneys, as and for its Complaint against Defendants, MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, and MAERSK LINE INDIA PVT LTD. (hereinafter collectively "Maersk" and/or "Defendants"), alleges upon information and belief as follows:

**PARTIES, JURISDICTION AND VENUE**

1.    Plaintiff, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, is a foreign insurance company with its principal place of business in the United Kingdom.

1

2. Plaintiff, EXPRESS, INC., is a corporation that is organized and existing under the laws of the State of Delaware with its principal place of business located at One Express Drive, Columbus, Ohio 43230.

3. Plaintiff, EXPRESS, LLC, is a limited liability company that is organized and existing under the laws of the State of Delaware with its principal place of business located at 1 Limited Parkway Drive, Columbus, Ohio 43230.

4. At all material times, Defendant, MAERSK, INC., is a corporation that is organized and existing under the laws of the State of New York with a principal place of business at 180 Park Avenue, Florham Park, New Jersey 07932. Maersk operates routes in this District and otherwise does business in this District.

5. At all materials times, Defendant, MAERSK LINE, LIMITED, is a corporation that is organized and existing under the laws of the State of Delaware with an address for service of process at One Commercial Place, 20th Floor, Norfolk, Virginia 23510. Maersk operates routes in this District and otherwise does business in this District.

6. At all materials times, Defendants, MAERSK LINE A/S and MAERSK LINE INDIA PVT LTD., are corporations or business entities organized and existing under and by virtue of laws of a foreign country or based outside the instant state and are carriers or other logistics or transportation providers for carriage of goods by ocean for hire.

7. This is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h) and jurisdiction is predicated upon 28 U.S.C. §1333.

8. Venue in this district is predicated on the jurisdiction clause contained in Defendants' bill of lading, which provides for jurisdiction of all claims under the bill of lading to

be subject to the exclusive jurisdiction of the United States District Court for the Southern District of New York.

9. Plaintiff brings this action on its own behalf and as agent and/or trustee on behalf of and for the interest of all parties who may be or become interested in the said consignments, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

10. All conditions precedent to this case have been met waived, and/or excused.

## FACTUAL BACKGROUND

11. On or about May 2018, a consignment consisting of goods, said to contain 3,519 pieces of men's jackets, laden in container number MAEU6388040, then being in good order and condition, was delivered to Maersk, and/or its agents, in or around Kattupalli, India for transportation to Columbus, Ohio, via Newark, New Jersey, in consideration of an agreed upon freight, pursuant to Maersk bill of lading number MAEU576890425.

12. On or about May 2018, the aforementioned container was loaded aboard the M/V Maersk Danube and the vessel departed Kattupalli, India.

13. Maersk contracted for the movement of the subject shipment from Kattupalli, India to Columbus, Ohio via Newark, New Jersey as further evidenced in the Maersk bill of lading number MAEU576890425.

14. However, during transit, the subject container was infiltrated with water and the subject shipment was damaged.

15. Thereafter, the subject shipment was discharged from the M/V Maersk Danube at or near Salalah, Oman.

16. Accordingly, the subject shipment was never delivered to the intended consignee in the United States.

17. As a result of Defendants' breaches and material deviation, Plaintiff has suffered damages in an amount in excess of $868,744.00.

## COUNT I – U.S. COGSA

18. Plaintiffs reallege and repeat paragraphs 1-17 as if set forth herein at length and alleges further that:

19. On or about May 2018, Maersk was hired to transport the subject cargo from Kattupalli, India to Columbus, Ohio via Newark, New Jersey.

20. Defendants contracted and agreed to deliver the subject shipment in the same good order and condition as when received and as evidence of that agreement Defendants issued their bills of lading without exception.

21. Defendants breached their respective statutory and contractual obligations by failing to transport the cargo and deliver the cargo in the same condition as it was tendered, and further by failing to deliver the subject shipment to the destination as promised.

22. As a result thereof, Plaintiffs have suffered damages in an amount in excess of $868,744.00.

**WHEREFORE**, for each of the reasons set forth above, Plaintiffs, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC, respectfully request that judgment be entered against Defendants, MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, and MAERSK LINE INDIA PVT LTD., in favor of Plaintiffs in an amount in excess of $868,744.00, or as otherwise determined by this Court together with prejudgment interest, costs, attorney's fees, and such other relief as this Court may deem just and proper.

## COUNT II – BREACH OF BAILMENT

23. Plaintiffs reallege and repeat paragraphs 1-17 as if set forth herein at length and alleges further that:

24. Pursuant to their obligations as a bailee for hire of the subject shipment, Defendants owed contractual and statutory duties to Plaintiffs to carry, bail, keep and care for, protect, and deliver the subject shipment in the same good order and condition as at the time Defendants first accepted custody and control of the goods.

25. Defendants breached their respective duties as a bailee for hire by failing to properly carry, bail, keep and care for, protect, and deliver the subject shipment in the same good order and condition as at the time Defendants first accepted custody and control of the goods.

26. As a direct and proximate result of the breach of bailment by Defendants, Plaintiffs have suffered damages in an amount in excess of $868,744.00.

**WHEREFORE**, for each of the reasons set forth above, Plaintiffs, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC, respectfully request that judgment be entered against Defendants, MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, and MAERSK LINE INDIA PVT LTD., in favor of Plaintiffs in an amount in excess of $868,744.00, or as otherwise determined by this Court together with prejudgment interest, costs, attorney's fees, and such other relief as this Court may deem just and proper.

## COUNT III – NEGLIGENCE

27. Plaintiffs reallege and repeat paragraphs 1-17 as if set forth herein at length and alleges further that:

28. Defendants owed a duty to Plaintiffs to carry, bail, keep and care for, protect, and deliver the subject shipment in the same good order and condition as at the time Defendants first accepted custody and control of the goods.

29. Defendants breached and were negligent in their duty to carry, bail, keep and care for, protect, and deliver the subject shipment in the same good order and condition as at the time Defendants first accepted custody and control of the goods.

30. As a direct and proximate result of the negligent by Defendants, Plaintiffs have suffered damages in an amount in excess of $868,744.00.

**WHEREFORE**, for each of the reasons set forth above, Plaintiffs, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC, respectfully request that judgment be entered against Defendants, MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, and MAERSK LINE INDIA PVT LTD., in favor of Plaintiffs in an amount in excess of $868,744.00, or as otherwise determined by this Court together with prejudgment interest, costs, attorney's fees, and such other relief as this Court may deem just and proper.

## COUNT IV – BREACH OF WARRANTY

31. Plaintiffs reallege and repeat paragraphs 1-17 as if set forth herein at length and alleges further that:

32. Defendants warranted that all equipment used for the transportation of the subject shipment would be in good working order and fit in every respect for their intended purpose in the subject logistics arrangements.

33. Defendants breached their respective warranties and duties by failing to provide equipment in good working order and condition proximately resulting in the damages complained of herein.

**WHEREFORE**, for each of the reasons set forth above, Plaintiffs, LIBERTY SPECIALTY MARKETS LIMITED, ON BEHALF OF ITSELF AND OTHER INTERESTED UNDERWRITERS AT LLOYD'S, LONDON, EXPRESS, INC., and EXPRESS, LLC, respectfully request that judgment be entered against Defendants, MAERSK, INC., MAERSK LINE A/S, MAERSK LINE, LIMITED, and MAERSK LINE INDIA PVT LTD., in favor of Plaintiffs in an amount in excess of $868,744.00, or as otherwise determined by this Court together with prejudgment interest, costs, attorney's fees, and such other relief as this Court may deem just and proper.

Date: December 12, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　**SPECTOR RUBIN, PA**

　　　　　　　　　　　　　　　By:　　*/s/ Andrew Spector*
　　　　　　　　　　　　　　　　　　Andrew R. Spector, Esq. (AS-3887)
　　　　　　　　　　　　　　　　　　Continental Plaza
　　　　　　　　　　　　　　　　　　3250 Mary Street, Suite 405
　　　　　　　　　　　　　　　　　　Miami, Florida 33133
　　　　　　　　　　　　　　　　　　andrew.spector@spectorrubin.com

　　　　　　　　　　　　　　　　　　*/s/ Troy Geisser*
　　　　　　　　　　　　　　　　　　Troy Geisser, Esq. (TG-9012)
　　　　　　　　　　　　　　　　　　11 Broadway, Suite 615
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Tel: (305) 537-2000
　　　　　　　　　　　　　　　　　　Fax: (305) 537-2001
　　　　　　　　　　　　　　　　　　troy.geisser@spectorrubin.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, Liberty Specialty Markets Limited, Express, Inc., and Express, LLC*